JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADAL HAKOPYAN,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; EXOTIC CAR FACTORY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 8:25-cv-01168-DOC-MAA<br><br><br>**ORDER OF DISMISSAL [17]** |

    Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims against stated herein against all Parties, is hereby ORDERED dismissed.

    It is further ORDERED that all claims for costs, fees, and/or expenses related to the action and/or this dismissal are waived.

**IT IS SO ORDERED.**

DATE: August 20, 2025    By: _/s/ David O. Carter_____
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA